IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV242

| | | |
|---|---|---|
| JERRY CAREY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| THE INSPIRATIONAL NETWORK, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. On December 8, 2006, a report of mediation was filed (Document No. 12) indicating that "the case has been completely settled." Plaintiff then filed a "Voluntary Dismissal With Prejudice" (Document No. 13) on February 19, 2007.

**IT IS, THEREFORE, ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge